# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

SHERRY L. MOTES                                                                                           PLAINTIFF

V.                                        NO. 3:05CV00048 JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                            DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing this case, with prejudice.  The relief sought is DENIED.

IT IS SO ADJUDGED this 12th day of May, 2006.

_____
UNITED STATES MAGISTRATE JUDGE